NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1526,-1527,-1534,-1555

PS CHEZ SIDNEY, L.L.C.,

Plaintiff-Cross Appellant,

v.

UNITED STATES INTERNATIONAL TRADE COMMISSION,

Defendant-Appellant,

and

UNITED STATES CUSTOMS SERVICE,

Defendant-Appellant,

and

CRAWFISH PROCESSORS ALLIANCE,

Defendant-Appellant,

and

COMMISSIONER BOB ODOM
and LOUISIANA DEPARTMENT OF AGRICULTURE AND FORESTRY,

Defendants.

Appeals from the United States Court of International Trade in case no. 02-00635, Judge Evan J. Wallach.

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

The United States Customs and Border Protections (Customs) submits a status report in response to this court's October 24, 2008 order, suggesting that this court

should either summarily reverse the United States Court of International Trade's judgment in light of this court's decision in <u>SKF USA, Inc. v. U.S. Customs & Border Protection</u>, 556 F.3d 1337 (Fed. Cir. 2009), or that the stay of proceedings in this case should continue until the Supreme Court's final disposition in <u>SKF</u>.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of the briefing schedule remains in effect pending the Supreme Court's final disposition in <u>SKF</u>. The parties are directed to inform this court, within 14 days of the Supreme Court's final disposition of <u>SKF</u>, concerning how they believe that this appeal should proceed.

FOR THE COURT

| FEB 2 6 2010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

cc: William E. Brown, Esq.
Joseph W. Dorn, Esq.
Franklin E. White, Jr., Esq.
Patrick V. Gallagher, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK

2008-1526 et al.

-2-